IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

JAMES NELSEN,

    Debtor,
_____/

WILLIAM DOLAN, CYNTHIA DOLAN,
and DONOVAN DOLAN,

    Plaintiffs,

  v.

JAMES NELSEN, UNION BANK OF CALIFORNIA, FIRST NATIONAL BANK OF CENTRAL CALIFORNIA, N.A., JANE NELSEN, JAMES SCOTT NELSEN, STEWART TITLE OF CALIFORNIA, INC., and DOES 1–10, inclusive,

    Defendants.
_____/

No. C 11-05410 WHA

**ORDER TO SHOW CAUSE**

Plaintiffs William and Cynthia Dolan filed a motion for withdrawal of bankruptcy reference and request for remand of adversary proceeding on April 12, 2012. Defendant James Nelsen has not filed a motion of opposition by the April 26 deadline. CIV. L.R. 7-3(a). Defendant Nelsen is hereby **ORDERED TO SHOW GOOD CAUSE** for not filing an opposition, and has until **NOON ON MAY 28** to do so. The hearing scheduled for May 24 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 7, 2012.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE